[No. 7743]

## SHULL V. SHULL.

*Error to Logan County Court.*—Hon. JNO. W. LANDRUM, Judge.

Mr. QUITMAN BROWN, for plaintiff in error.

Messrs. McCONLEY and HINKLEY, for defendant in error.

*Per Curiam*:    (Department No. 1.)

In the absence of a duly authenticated and properly certified bill of exceptions, the questions raised by plaintiff in error cannot be considered.  The judgment of the County Court is affirmed.

*Judgment affirmed.*